## RECONSIDERATION OF PRIOR DECISIONS

**2002–2014. Murphy v. Ohio Dept. of Rehab. & Corr.**
Franklin App. No. 02AP–132, 2002-Ohio-5170. Reported at 98 Ohio St.3d 1478, 2003-Ohio-974, 784 N.E.2d 711. On motion for reconsideration. Motion denied.

**2002–2018. Edmonson v. Premier Indus. Corp.**
Cuyahoga App. No. 81132, 2002-Ohio-5573. Reported at 98 Ohio St.3d 1478, 2003-Ohio-974, 784 N.E.2d 711. On motion for reconsideration. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent and would reverse the judgment of the court of appeals and remand to the trial court on the authority of *Kemper v. Michigan Millers Mut. Ins. Co.,* 98 Ohio St.3d 162, 2002-Ohio-7101, 781 N.E.2d 196.

**2002–2153. Ross v. Grange Mut. Cas. Co.**
Stark App. No. 2002CA00068, 2002-Ohio-6071. Reported at 98 Ohio St.3d 1490, 2002-Ohio-6071, 785 N.E.2d 473. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**2002–2174. Featherstone v. CM Media, Inc.**
Franklin App. No. 02AP–65, 2002-Ohio-6747. Reported at 98 Ohio St.3d 1491, 2003-Ohio-1189, 785 N.E.2d 473. On motion for reconsideration. Motion denied.

**2002–2205. Brown v. Zurich US.**
Franklin App. No. 02AP–9, 150 Ohio App.3d 105, 2002-Ohio-6099. Reported at 98 Ohio St.3d 1491, 2003-Ohio-1189, 785 N.E.2d 473. On motion for reconsideration. Motion denied.

MOYER, C.J., and RESNICK, J., would grant.

LUNDBERG STRATTON, J., would grant and require the posting of a bond.

**2003–0130.. State ex rel. Todd v. Brown Cty. Court of Common Pleas.**
In Mandamus. Reported at 98 Ohio St.3d 1486, 2003-Ohio-1189, 785 N.E.2d 470. On motion for reconsideration. Motion denied.

[Cite as *05/07/2003 Case Announcements # 2,* 2003-Ohio-2281.]


## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 7, 2003*

### DISCIPLINARY CASES

**2003–0421. Cuyahoga Cty. Bar Assn. v. Hardiman.**
On March 4, 2003, the Board of Commissioners on Grievances and Discipline filed its final report and recommendation with this court regarding respondent, James L. Hardiman. On April 2, 2003, respondent filed objections to the report. On April 4, 2003, relator filed a motion to strike respondent's objections and brief in support, and on April 14, 2003, respondent filed a memo opposing relator's motion to strike. Upon consideration thereof,

IT IS ORDERED by this court that relator's motion to strike be, and hereby is, denied.
MOYER, C.J., and F.E. SWEENEY, J., dissent.